### McNEER and Another *v.* DIPBOY.

APPEAL from the *Madison* Court of Common Pleas.

*Per Curiam.*— Suit on a note. Answer, among other things, a release by said plaintiffs in writing, &c., which is lost, &c. Reply in denial. Demurrer to the reply, on the ground that it was not sworn to. Demurrer overruled.

This presents the only point in the brief of the appellants. There was no error in the ruling of the Court upon the point made. *Magee* v. *Sanderson*, 10 Ind. R. 261.

The judgment is affirmed with 10 per cent. damages and costs.

*M. S. Robinson*, for the appellants.

*J. W. Sansberry*, for the appellee.